IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. No. 07-401 |
| ) | |
| MAX RAY BUTLER, ) | |
| a/k/a Max Ray Vision ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, to-wit, this ___15th___ day of February, 2011, it is hereby ORDERED, ADJUDGED and DECREED that Documents Numbers 1 and 5 shall be sealed

Maurice B. Cohill, Jr
Senior United States District Judge